UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREG SMITH,<br><br>　　Plaintiff<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, et al.,<br><br>　　Defendants | Case No.: 2:25-cv-00525-APG-DJA<br><br>**Order** |

In this removed case, Greg Smith, counseled, brings this civil-rights action under 42 U.S.C. § 1983 for events that took place while he was incarcerated at the North Las Vegas Correctional Facility. ECF No. 1-1.  Smith is no longer incarcerated[1], and defendants have paid the $405 filing fee for this civil action. *See* ECF No. 1 (docket entry).

In light of Smith's non-incarceration and the payment of the filing fee, I am no longer required to screen this case. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the statute); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).  This case will now proceed onto the normal litigation track.

///

---

[1] According to the offender databases for the North Las Vegas Correctional Facility, Clark County Detention Center, and Nevada Department of Corrections, Smith is not in custody at any of those facilities.

I THEREFORE ORDER that this case will proceed onto the normal litigation track.

Dated: March 26, 2025

                                                                        _____
                                                                         Andrew P. Gordon
                                                                         Chief United States District Judge