LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG SMITH, individually,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; MICHAEL GELNN, individually; ANTHONY POWELL, individually; WILLIAM KEARNES, individually; ROBERT STEPHENSON, individually; JUAN ESPINOZA, individually; OSCAR MARTINEZ, individually; RONALD QUINTANA, individually; ANGEL VALLADARES, individually; NICHELLE KELLY, individually; GARDDY LUSTIN, individually; BLAIR LUDWIG, individually; DOE OFFICERS I - XX, inclusive; and ROE CORPORATIONS I-V,<br><br>                  Defendants. | Case No.:   2:25-cv-00525-APG-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of December 3, 2025, be continued for a period of ninety (90) days up to and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.331

Page 1 of 6

including **Tuesday, March 3, 2026**, for the purpose of allowing the Plaintiff to serve the newly added Defendants with the Second Amended Complaint, [ECF No. 20]; to allow the newly added Defendants to appear and respond in the case; to allow the parties to propound and respond to written discovery; to allow experts time to review materials and prepare their expert reports; to serve third-party subpoenas; and to take the depositions of Plaintiff, the individual Defendants, experts and Rule 30(b)(6) witnesses.

I.  **DISCOVERY COMPLETED TO DATE**

All parties have provided their Initial Rule 26 Disclosures. Plaintiff has provided two (2) supplemental disclosures. Defendant, Las Vegas Metropolitan Police Department ("LVMPD") served Requests for Production of Documents on Plaintiff to which Plaintiff responded. Defendant, City of North Las Vegas ("CNLV") served written discovery (Interrogatories, Requests for Admissions and Requests for Production of Documents) on Plaintiff and the responses are due September 21, 2025.

II. **DISCOVERY YET TO BE COMPLETED**

LVMPD will be serving a supplemental disclosure on Plaintiff and after receiving a signed medical authorization from Plaintiff will be serving numerous third-party subpoenas to obtain Plaintiff's medical records. Plaintiff will respond to CNLV's written discovery. Plaintiff will be serving written discovery on Defendants and likewise, LVMPD will be serving Interrogatories and Requests for Admissions on Plaintiff. The parties will retain and disclose expert witnesses and any necessary rebuttal expert witnesses. The depositions of Plaintiff, the individual Defendants, Rule 30(b)(6) witnesses and experts will be taken.

III. **REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The Parties submit this Stipulation to Extend Discovery (first request) is being made in advance of the current discovery deadlines. Accordingly, a standard of "good cause" governs. D.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.331

Page 2 of 6

Nev. Local Rule 26-3.  Good cause "primarily considers the diligence" of the parties seeking the extension. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (explaining that "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension.") (internal quotations omitted).  "Motions for extension must include a statement specifying the discovery completed, a description of discovery remaining, the reasons why the deadline was not satisfied, and a proposed schedule for completing remaining discovery." *Hampton v. Nevada*, No. 2:20-cv-00578-APG-DJA, 2021 WL 3573640, at *2 (D. Nev. July 29, 2021).

Following removal this case, LVMPD filed a Motion to Dismiss in response to Plaintiff's initial complaint, [ECF No. 6], then Plaintiff's First Amended Complaint, [ECF No. 15].  The operative Scheduling Order was entered on April 9, 2025, [ECF No. 13].  Following the parties' initial Rule 26 Disclosures, Plaintiff sought leave to amend his Complaint again to name the individual DOE Officers, [ECF No. 19], which was granted, [ECF No. 23].  Plaintiff's Second Amended Complaint, which adds eleven (11) individuals, was filed that same day, [ECF No. 20].  On September 3, 2025, the Court denied the pending Motion to Dismiss as moot.  [ECF No. 24].  Plaintiff has not yet served the newly added individual Defendants and LVMPD and CNLV have not yet filed a response to the Second Amended Complaint.

The Complaint was recently amended and added new parties that have not yet been served.  The parties will require additional time to effectuate service, make an appearance and respond to the Second Amended Complaint.  In addition, the scope of discovery has now changed, and the parties will also need more time to complete discovery.  The parties submit that these reasons satisfy the applicable good cause standard imposed by Local Rule 26-3 for an extension of the current discovery deadlines.

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.331

Page 3 of 6

**IV.    PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Discovery Cut Off | December 3, 2025 | March 3, 2026 |
| Disclosure of Experts | October 3, 2025 | January 2, 2026 |
| Disclosure of Rebuttal Experts | November 3, 2025 | February 2, 2026 |
| Dispositive Motion Deadline: | January 4, 2026 | April 2, 2026 |
| Pre-Trial Order | February 3, 2026 | May 4, 2026 |

**(A)    Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(B)    Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty days after the date set for filing dispositive motions, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

**(C)    Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.331

Page 4 of 6

1  the expiration of the subject deadline.  A request made after the expiration of the subject deadline

2  shall not be granted unless the movant demonstrates that the failure to set was the result of

3  excusable neglect.  Any motion or stipulation to extend a deadline or to reopen discovery shall

4  include:

5      (a)    A statement specifying the discovery completed;

6      (b)    A specific description of the discovery that remains to be completed;

7      (c)    The reasons why the deadline was not satisfied or the remaining discovery was

8  not completed within the time limits set by the discovery plan; and

9      (d)    A proposed scheduled for completing all discovery.

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.331

Page 5 of 6

The parties submit that good cause exists for an extension of the discovery deadlines. Discovery just recently commenced in this matter. The parties have acted in good faith and will continue to conduct discovery in a timely manner. Because of the nature of the case and its claims, it has taken considerable time and resources to gather and assemble materials and information relevant to the claims and defenses in this matter. This brief delay will not impede this matter and, in fact, will assist all parties to complete all necessary discovery. No Trial has been set, and dispositive motions have not been filed.

DATED this 11th day of September, 2025.

/s/ Joshua L. Benson
JOSHUA L. BENSON
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, NV 89106
**Attorneys for Plaintiff**

DATED this 11th day of September, 2025.

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendant**
**Las Vegas Metropolitan Police Department**

DATED this 11th day of September, 2025.

/s/ Danielle Holt
NOEL EIDSMORE
Nevada Bar No. 7688
DANIELLE HOLT
Nevada Bar No. 13152
Office of the City Attorney for
CITY OF NORTH LAS VEGAS
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, NV 89030
**Attorneys for Defendant**
**City of North Las Vegas**

IT IS SO ORDERED.

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/12/2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.331

Page 6 of 6