Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail:josh@bensonallred.com
*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREG SMITH, individually,

Plaintiff,

vs.

CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; MICHAEL GELNN, individually; ANTHONY POWELL, individually; WILLIAM KEARNES, individually; ROBERT STEPHENSON, individually; JUAN ESPINOZA, individually; OSCAR MARTINEZ, individually; RONALD QUINTANA, individually; ANGEL VALLADARES, individually; NICHELLE KELLY, individually; GARDDY LUSTIN, individually; BLAIR LUDWIG, individually; DOE OFFICERS I - XX, inclusive; and ROE CORPORATIONS I-V,

Defendants.

CASE NO.: 2:25-cv-00525-APG-DJA

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Greg Smith ("Plaintiff") and Defendants City of North Las Vegas and Michael Glenn, and Las Vegas Metropolitan Police Department, William Kearnes, Robert Stephenson, Juan Espinoza, Oscar Martinez, Ronald Quintana, Angel Valladares, Nichelle Kelly, Garddy Lustin, and Blair Ludwig ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to file his oppositions to Defendants' Motions for Summary Judgment.

Plaintiff's oppositions are currently due on November 9, 2026. Good cause exists for the requested extension as Plaintiff's counsel has been engaged in multiple depositions and arbitration hearings, which have limited counsel's availability to prepare Plaintiff's oppositions to Defendants' Motions for Summary Judgment. This request is made in good faith, is not intended to cause unnecessary delay, and is submitted with the agreement of the parties.

Accordingly, the parties stipulate that the deadline to file Plaintiff's oppositions be extended to **November 23, 2026**.

DATED this 9th day of November, 2026.

BENSON ALLRED INJURY LAW

*/s/ Joshua Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

NORTH LAS VEGAS CITY ATTORNEY

/s/ Madison Zornes-Vela
Madison Zornes-Vela, Esq.
Nevada Bar No. 13626
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
Andy Moore, Esq.
Nevada Bar No. 9128
2250 Las Vegas Boulevard North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for Defendants North Las Vegas and its Officers*

KAEMPFER CROWELL

/s/ Kristopher J. Kalkowski
Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Kristopher J. Kalkowski, Esq.
Travis C. Studdard, Esq.
Nevada Bar No. 16454
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant LVMPD*

**ORDER**

**IT IS SO ORDERED.**

Dated this 10th day of November, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE